## COMMONWEALTH *vs.* JAMES M. WELCH.

An indictment under Gen. Sts. *c.* 87, § 6, charging that the defendant kept and maintained " a certain tenement, to wit, a tenement in a building," used for the illegal sale and illegal keeping of intoxicating liquors, is supported by proof that the defendant kept and used the cellar in his dwelling-house for the illegal sale of intoxicating liquors.

INDICTMENT under Gen. Sts. *c.* 87, § 6, charging that the defendant kept and maintained " a certain tenement, to wit, a tenement in a building on Burt Street," &c., used for the illegal sale and for the illegal keeping of intoxicating liquors.   At the trial in the superior court, there was evidence to show that the defendant kept and used the cellar of his dwelling-house for the sale of intoxicating liquors ; and the defendant asked the court to rule that this evidence would not authorize a conviction.   But *Brigham*, J. instructed the jury that the evidence was sufficient, and the jury returned a verdict of guilty, and the defendant alleged exceptions.

*G. F. Verry*, for the defendant.

*Foster*, A. G., for the Commonwealth.

BY THE COURT.   The cellar was well described as a tenement, and as in a building.   The cellar is a part of a building.

*Exceptions overruled.*